# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTHONY M. CASTILLO, ) <br> ) <br> Defendant. ) | Case No. 1:21-mj-00080-SAB-001 <br><br> **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23(a)(1) Misdemeanor DUI, no enhancements or priors

**Sentence Date:** January 20, 2022

**Review Hearing Date:** May 18, 2023

**Probation Expires On:** June 15, 2023

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1210 which Total Amount is made up of a Fine: $ 1200 Special Assessment: $ 10  Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 121 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** 3-month DUI school and waiver of appellate rights; paid $250 additional assessment on 3/30/23 (due 3/31/23) for failure to timely adhere to original payment schedule.

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1210
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
   Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☒ Compliance with Other Conditions of Probation: completion of 3-month DUI school with Kings View; paid $250 additional assessment on 3/30/23 (due 3/31/23) for failure to timely adhere to original payment schedule

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Chan Hee Chu

DATED 5/4/2023                              /s/ Chan Hee Chu
                                                          PROSECUTOR

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2023 at 10 a.m.      Choose an item.

　　☐ be continued to Click here to enter a date. at 10:00 a.m.; or

　　☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED:  5/4/2023                    _____/s/ John Hastrup_____
                                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **May 9, 2023**                    _____
                                                        UNITED STATES MAGISTRATE JUDGE